UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRESTONE FINANCIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMUSEMENT GAME RENTALS, INC., and ERIC BRASHER, <br><br> Defendants. | Case No. 2:12-cv-01252-MMD-NJK <br><br> ORDER <br><br> (Stipulation to Stay – dkt. no. 25) |

In their Joint Status Report, the parties inform the Court that the settlement agreement between the parties consists of Defendants making weekly payments pursuant to a schedule agreed upon by and between the parties. As of the date of the Joint Status Report, Plaintiff represented that there are 57 additional weeks of repayment before the settlement consideration is paid in full by Defendants. The parties accordingly request a stay on all proceedings for the duration of the payment term. The Court agrees that this is the most prudent course of action.

IT IS THEREFORE ORDERED that this matter is STAYED. The Clerk of the Court is HEREBY ORDERED to administratively close the case. The parties are FURTHER ORDERED to file a joint status report after payment pursuant to the settlement has been satisfied.

ENTERED THIS 26th day of March, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE